IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-mj-00020-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DORY D. DETTON,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   November 17, 2011**

    The Court sets an In Camera Hearing on the Government's Motion to Seal (Doc. 4) on December 12, 2011 at 11:00 a.m.